IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD WATSON**                                                                    **PLAINTIFF**

v.                                            **CIVIL ACTION NO. 1:22-cv-271-TBM-RPM**

**MITCHELL R. PHILLIP,** *Officer*
*and* **HARRISON COUNTY, MISSISSIPPI**                        **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [24] entered by United States Magistrate Judge Robert P. Myers on May 30, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. This CASE is CLOSED.

THIS, the 7th day of July, 2023.

                                                       TAYLOR B. McNEEL
                                                       UNITED STATES DISTRICT JUDGE